IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

CHARLIE LEON RHODES                    §

VS.                                    §          CIVIL ACTION NO.   1:26-CV-32

UNKNOWN DEFENDANTS, ET AL.             §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Charlie Leon Rhodes, a prisoner confined at the Liberty County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On June 8, 2026, the magistrate judge recommended dismissing the action without prejudice for want of prosecution.  To date, the parties have not filed objections to the report and recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 10] is ADOPTED. A final judgment will be entered in accordance with this Order.

**SIGNED this 8th day of July, 2026.**

Michael J. Truncale
United States District Judge